IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARLES CLAY SANMANN,

    Petitioner,

v.                          CASE NO. 5:12-cv-357-MP-GRJ

SECRETARY, DEPT.
OF CORRECTIONS et al.,

    Respondents.
_____/

## O R D E R

This matter is before the Court on Doc. 9, Respondent's First Motion for Extension of Time to File Response. Counsel requests a 60 day extension of time to file a response to the petition due to a heavy caseload. This is the Respondent's first request for an enlargement of time.

Upon due consideration, it is **ORDERED**:

1. Respondent's First Motion for Extension of Time, Doc. 9, is **GRANTED**.

2. Respondent shall respond to the Petition on or before **May 13, 2013**.

3. Petitioner shall have until **June 12, 2013** to file a reply.

**DONE AND ORDERED** this 8th day of March 2013.

                              *s/ Gary R. Jones*
                              GARY R. JONES
                              United States Magistrate Judge